IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY IPAYE, | ) | |
| | ) | |
| Plaintiff, | ) | No.   24-cv-8958 |
| | ) | |
| v. | ) | Judge:  Franklin U. Valderrama |
| | ) | |
| CITY OF CHICAGO, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**SUGGESTION OF DEATH
UPON THE RECORD**

Defendant City of Chicago ("Defendant City"), by and through one of its attorneys, Simerdeep Kaur, Assistant Corporation Counsel for the City of Chicago, pursuant to Federal Rule of Civil Procedure 25(a)(1), submits the following suggestion of death upon the record:

1. Brandon Renault is one of the defendants in this lawsuit.

2. Brandon Renault passed away unexpectedly on May 23, 2024. *See* Brandon Renault Obituary, attached as Exhibit A.

3. The undersigned counsel informed Plaintiff's counsel on Officer Renault's passing via a phone conversation on November 21, 2024, and, again, via email on November 22, 2024.

Dated: December 20, 2024,

                                                       Respectfully submitted,

                                                       */s/ Simerdeep Kaur*
                                                       **Simerdeep Kaur**
                                                       Assistant Corporation Counsel

Raoul Mowatt, Assistant Corporation Counsel Supervisor
City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
Phone: (312) 744-2026 (Kaur)

Attorney Number: 6336153 (Kaur)
Simerdeep.Kaur@cityofchicago.org
**Attorney for Defendant City**

Attorney Number: 6336153 (Kaur)
Simerdeep.Kaur@cityofchicago.org
**Attorney for Defendant City**

Attorney Number: 6336153 (Kaur)
Simerdeep.Kaur@cityofchicago.org
**Attorney for Defendant City**