# Exhibit A

# Cumberland Chapels

# Brandon R. Renault

October 18, 1989 - May 23, 2024

Recommend 119     Recommend 119

Recommend this to your friends.

**Funeral Details** | **Memory Wall** | **Photos & Videos** | Send Flowers | Plant a tree | PRINT (OBIT.PHP?&PRINTABLE=TRUE)

## Obituary

Brandon R. Renault, age 34, C.P.D Tactical Officer, passed away unexpectedly on May 23, 2024. Brandon was the beloved son of Janine, nee Woerner, Renault and Russell Renault; loving significant other of Stephanie Taverna and father figure to her son Cameron; dear brother of Brittany (Kanekoa Pawn White) Renault; dearesst grandson of the late Janice and Vernon Woerner and the late James and Joan Renault; fond nephew of Randy (Debi) Woerner, Eileen (the late William) Miller, Paul Renault and Peter (Carlota) Renault, and a dear cousin of Jazmine Renault, Tommy Renault, Kevin (Lindsey) Woerner, Riley Woerner, Beckett Woerner and Claire (Chad) Seedorf. Brandon was a close friend to Dennis Liss and family.

Visitation Wednesday, May 29, 2024, from 3:00 p.m. until 8:00 p.m. (St. Jude Sevice at 6:00 p.m.) at Cumberland Chapels 8300 W. Lawrence Ave., Norridge, IL.